608

■

Elizabeth BILLUPS

v.

PETTIWAY TRANSMISSION
MUFFLERS & USED
PARTS

2140191

Court of Civil Appeals of Alabama.

03/20/2015

Affirmed

■

Linda KENT

v.

Jimmy KENT

2140192

Court of Civil Appeals of Alabama.

02/10/2015

Dismissed

■

COLBERT CTY. DEP'T
OF HUMAN RES.

v.

J.N. and M.N.

2140193

Court of Civil Appeals of Alabama.

02/09/2015

Dismissed

■

Cary SALIH

v.

STATE

2140201

Court of Civil Appeals of Alabama.

01/02/2015

Dismissed

■

Damian CARR

v.

Mykiya ZINNERMAN

2140204

Court of Civil Appeals of Alabama.

01/06/2015

Dismissed